**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:  Kevin Cook v. Monaghan Medical Corporation

Appellate case number:  01-19-00121-CV

Trial court case number:  2016-68279

Trial court:  333rd District Court of Harris County

The record in this appeal was due in this Court on May 20, 2019. *See* TEX. R. APP. P. 35.1(a). A clerk's record was filed on June 4, 2019; however, a reporter's record has not been filed.

On June 5, 2019, the Clerk of this Court notified appellant, Kevin Cook, that the court reporter responsible for preparing the reporter's record had not filed a reporter's record because appellant had not requested preparation of a reporter's record or had not paid, or made arrangements to pay, the fee for preparation of the record. *See* TEX. R. APP. P. 37.3(c). The Clerk further notified appellant that unless he provided written evidence that he had paid, or made arrangements to pay, for the reporter's record, or provided proof that he is entitled to proceed without payment of costs by July 5, 2019, the Court might consider the appeal without a reporter's record. *See id.* Appellant has not responded to the June 5, 2019 notice.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. **Appellant's brief is due to be filed no later than 30 days from the date of this order.** *See* TEX. R. APP. P. 38.6(a), (d).

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd

☑ Acting individually    ☐ Acting for the Court

Date: _July 11, 2019_